AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX1 <br> *Plaintiff(s)* <br> v. <br> Ariel Torres <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-00227-MSM-LDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ariel Torres
40 Carter Street
Providence, RI  02907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey C. Ankrom, Esquire
Locke Lord LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 21, 2020**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

Civil Action No. 2020- cv-00227-MSM-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ariel Torres__
was received by me on *(date)* __7/15/20__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Marion Nunez__ 26y __a person of suitable age and discretion who resides there,
on *(date)* __7-15-2020 3pm__, and mailed a copy to the individual's last known address; or __stepson 40 Carla St. Providence__

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ __45__ for services, for a total of $ __45__.00.

I declare under penalty of perjury that this information is true.

Date: __7-15-2020 3pm__

Server's signature

DAVID MUSCATELLI   CONSTABLE #6053
Printed name and title

350 Chalkstone Rd
Johnston RI 02919
Server's address

Additional information regarding attempted service, etc:

R.I. CONSTABLE 6053
DAVID MUSCATELLI