UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-EMX1 | : : : : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 20-CV-00227-MSM-LDA |
| ARIEL TORRES | : : : |
| Defendant. | : |

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

Plaintiff U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX1 ("U.S. Bank as Trustee" or "Plaintiff") respectfully submits this *Application for Entry of Default* (the "*Application*") against defendant Ariel Torres ("Torres") pursuant to *Fed. R. Civ. P.* 55(a). In support of this *Application*, U.S. Bank as Trustee states as follows:

1. On May 21, 2020, U.S. Bank as Trustee filed a Complaint against Torres [ECF No. 1].

2. On July 15, 2020, Torres was served with a summons and complaint. Proof that service was completed on that date was filed with the Court on July 20, 2020 [ECF No. 6].

3. In accordance with *Fed. R. Civ. P.* 12(a)(1), Torres had until August 5, 2020 to respond.

4. As of the date of this filing, Torres has failed to file an answer to Plaintiff's complaint or otherwise defend or appear in this proceeding.

5. U.S. Bank as Trustee further relies upon, and incorporates by reference, all of the

83440993v.1

facts set forth in the supporting *Affidavit of Jeffrey C. Ankrom in Support of Plaintiff's Application for Entry of Default*, attached hereto as <u>Exhibit A</u>.

6.	Pursuant to *Fed. R. Civ. P.* 55(a), U.S. Bank as Trustee is entitled to request that the Clerk enter a default against Torres in this case.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Torres pursuant to *Fed. R. Civ. P.* 55(a).

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-EMX1

By its Attorneys,

/s/Jeffrey C. Ankrom_____
Jeffrey C. Ankrom, Esq. (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611(fax)
jeffrey.ankrom@lockelord.com

DATED:  August 14, 2020

83440993v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2020.

I hereby certify that a copy of this document was also sent by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

Ariel Torres
40 Carter Street
Providence, RI  02907

/s/ Jeffrey C. Ankrom