# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,: FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-EMX1 : : : : : | |
| Plaintiff, : : | |
| v. : : | C.A. No. 20-CV-00227-MSM-LDA |
| ARIEL TORRES : : | |
| Defendant. : | |

**AFFIDAVIT OF JEFFREY C. ANKROM IN SUPPORT OF PLAINTIFF'S
APPLICATION FOR ENTRY OF DEFAULT**

I, Jeffery C. Ankrom, Esq., being duly sworn, depose and say that

1.      I am the Attorney for Plaintiff, U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX1 ("U.S. Bank as Trustee" or "Plaintiff") in the above-entitled action and have personal knowledge of the facts set forth in this Affidavit as stated or described herein.  I submit this Affidavit in support of *Plaintiff's Application for Entry of Default*.

2.      This Affidavit is made in compliance with *Federal Rule of Civil Procedure* 55(a).

3.      On May 21, 2020, U.S. Bank as Trustee filed a Complaint against Ariel Torres ("Torres").

4.      On July 15, 2020, Torres was served with the summons and complaint.

5.      In accordance with *Fed. R. Civ. P.* 12(a)(1), Torres had until August 5, 2020 to respond.

1

83440980v.1

6.     As of the date of this filing, Torres has failed to file an answer to Plaintiff's complaint or

otherwise defend or appear in this proceeding.

Jeffrey C. Ankrom

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 14th day of August, 2020.

Notary Public
My Commission Expires: July 27, 2021

ELIZABETH M. KULA, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires: July 27, 2021

2

83440980v.1